NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMELIA A. FORD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7063

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-140, Judge Mary J. Schoelen.

---

## ON MOTION

---

Before RADER, *Chief Judge*, FRIEDMAN and GAJARSA, *Circuit Judges.*

PER CURIAM.

### ORDER

Emelia A. Ford moves for reconsideration of the court's order dismissing her appeal as untimely filed.

Upon consideration thereof,

FORD v. DVA                                              2

IT IS ORDERED THAT:

The motion is denied.

                                    FOR THE COURT

**FEB 0 9 2011**                    /s/ Jan Horbaly
_____                     Jan Horbaly
       Date                         Clerk

cc:  Emelia A. Ford
     Shelly D. Weger, Esq.

s20                                         FILED
                                   U.S. COURT OF APPEALS FOR
                                      THE FEDERAL CIRCUIT

                                        FEB 0 9 2011

                                        JAN HORBALY
                                           CLERK